COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



MEMORANDUM ORDER

Appellate case name:     Edward Muehlner and June Muehlner v. Jean Pierre Convert and Yolande Convert

Appellate case number:     01-21-00067-CV

Trial court case number:  2018-61583

Trial court:                     190th District Court of Harris County

The motion for rehearing is **denied.**

It is so ORDERED.

Judge's signature: ____/s/ Peter Kelly_____
                                ☑ Acting for the Court

Panel consists of Justices Kelly, Goodman, and Guerra.

Date: December 13, 2022